

263 So.2d 724

**Wayne D. JOHNSON**

v.

**Marie Truelove HORTON and Grover Horton.**

No. 52592.

June 29, 1972.

Writ denied. On the facts found by the Court of Appeal there is no error of law in the judgment complained of.

BARHAM, J., concurs. Applicant only asks for mandamus and does not attach a copy of his writ for habeas corpus. I agree the mandamus is moot and the application before us gives us nothing to consider which could give relator further relief. *However,* the petition for writ of habeas corpus was filed, *according to the Court, Nov. 7, 1971*—8 months ago—and only now has it been denied. This is inexcusable delay and should be severely condemned.